United States District Court
Southern District of Texas
**ENTERED**
March 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kevin C., | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-24-353 |
| | § | |
| Leland Dudek, | § | |
| Acting Commissioner of the | § | |
| Social Security Administration, | § | |
|     *Defendant*. | § | |

## ORDER OF ADOPTION

On February 18, 2025, Magistrate Judge Peter Bray recommended that Plaintiff's motion for summary judgment be granted, that the Commissioner's motion for summary judgment be denied, and that the case be remanded for further administrative proceedings. (D.E. 12.) No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on March __6__, 2025.

_____
DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE